# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 19, 2025

| No. 25-1854 | JANE F. GIRARD, <br>    Plaintiff - Appellee <br> and <br><br> KENTON GIRARD, <br>    Defendant - Appellee <br> v. <br><br> MARISSA GIRARD, <br>    Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-04586 <br> Northern District of Illinois, Eastern Division <br> District Judge Jeremy C. Daniel ||

A preliminary review of the short record suggests that the order appealed from may not be an appealable decision.

This court has consistently reminded litigants that an order remanding a case to state court based on a lack of subject matter jurisdiction or a defect in the removal procedure is not reviewable on appeal, regardless of whether the decision is correct, except when the case was removed under 28 U.S.C. §§ 1442 or 1443. *See* 28 U.S.C. § 1447(d); *e.g.*, *The Northern League, Inc. v. Gidney*, 558 F.3d 614, 614 (7th Cir. 2009); *Phoenix Container, L.P. v. Sokoloff*, 235 F.3d 352, 354–55 (7th Cir. 2000).

In the present case, appellant seeks to appeal the district court's order remanding this case to state court for lack of federal jurisdiction. 28 U.S.C. § 1447(c). Because this case was not removed under § 1442 or § 1443, there appears to be no basis to seek appellate review of this determination. Accordingly,

**IT IS ORDERED** that appellant shall file, on or before June 2, 2025, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal under Rule 42(b) of the Federal Rules of Appellate Procedure will satisfy this requirement. Briefing is **SUSPENDED** pending further court order.