# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 15, 2025

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| No. 25-1854 | JANE F. GIRARD, <br>         Plaintiff - Appellee <br><br> and <br><br> KENTON GIRARD, <br>         Defendant - Appellee <br><br> v. <br><br> MARISSA GIRARD, <br>         Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-04586 <br> Northern District of Illinois, Eastern Division <br> District Judge Jeremy C. Daniel ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                      No record to be returned

form name: **c7_Mandate**    (form ID: **135**)