# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 20, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1854 | JANE F. GIRARD,<br>Plaintiff - Appellee<br><br>and<br><br>KENTON GIRARD,<br>Defendant - Appellee<br><br>v.<br><br>MARISSA GIRARD,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-04586<br>Northern District of Illinois, Eastern Division<br>District Judge Jeremy C. Daniel | |

Upon consideration of the **MOTION FOR ATTORNEYS' FEES AND COSTS OR ALTERNATIVELY, FOR SANCTIONS PURSUANT TO FRAP 38**, filed on July 23, 2025, by counsel for the appellee, Jane Girard,

**IT IS ORDERED** that the appellant shall file a response to the appellee's request for sanctions under Federal Rule of Appellate Procedure 38 on or before September 2, 2025.